

ORIGINAL FILED

04/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0049

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0049

IN RE THE MARRIAGE OF:

WHITNEY MERLYNN PETERSON,

Petitioner and Appellee,

and

HECTOR GUILLERMO SMITH
Mac DONALD GONZALEZ,

Respondent and Appellant.

ORDER

RECEIVED

APR 0 1 2022

Bowen Green...
Clerk of Suprem...
State of Mo...

Appellee Whitney Merlynn Peterson as filed a Motion to Waive Mandatory Appellate Mediation pursuant to M. R. App. P. 7(2)(b).

IT IS HEREBY ORDERED that this matter shall proceed without mediation.

The Clerk is directed to provide copies of this Order to all parties of record, and to the Honorable Wm. Nels Swandal, appointed mediator.

DATED this 1st day of April, 2022.

For the Court,

By _____

Chief Justice